# Court of Appeals
# of the State of Georgia

ATLANTA,____April 02, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1385. JGD PROPERTIES, LLC. v. FRANK ZARCONE.

On September 10, 2014, the trial court denied JGD Properties, LLC's motion for summary judgment. JGD Properties filed a motion for reconsideration, and the trial court denied that motion on November 13, 2014. JGD Properties then filed a notice of appeal from both court orders on December 2, 2014. We lack jurisdiction.

First, the denial of a motion for reconsideration is not directly appealable and does not extend the time for appealing the underlying judgment. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Further, an order denying a motion for summary judgment is an interlocutory order, not a final judgment. *Sharpe's Appliance Store, Inc. v. Anderson*, 161 Ga. App. 112 (289 SE2d 312) (1982). Therefore, to appeal such an order, a party must comply with the interlocutory appeal procedure of OCGA § 5-6-34 (b). For these reasons, this appeal is ***DISMISSED*** for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____*04/02/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*